UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN J. DAVIS-GRIMPLIN,

        Plaintiff,

v.                                                    Case No.  8:04-cv-2674-T-23MSS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER

    **THIS CAUSE** comes on for consideration of Plaintiff's Motion for Attorney's Fees and Costs Pursuant to 28 U.S.C. Section 2412 (Dkt. 11).  Plaintiff's counsel seeks $536.50 in attorney's fees, calculated at the rate of $145.00 per hour for 3.7 hours of work in this case.  In addition, Plaintiff's counsel seeks reimbursement of the $150.00 filing fee in this case.  Defendant filed a Response (Dkt. 15) indicating that there is no objection to the requested attorney's fees.  The Response is silent as to the reimbursement of the $150.00 filing fee.

    Upon review of Plaintiff's motion, the Court finds that the attorney's fees and costs requested are reasonable and justified.  Accordingly, Plaintiff's Motion for Attorney's Fees and Costs Pursuant to 28 U.S.C. Section 2412 (Dkt. 11) is **GRANTED**, and Plaintiff's counsel is awarded attorney's fees in the amount of $536.50 and costs in the amount of $150.00.

    **DONE** and **ORDERED** in Tampa, Florida this 8th day of June 2005.

Copies furnished to:
Counsel of Record

MARY S. SCRIVEN
United States Magistrate Judge